**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**CAVIN EARL REED**                                                                                    **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:07cv704-RHW**

**HARRISON COUNTY, MISSISSIPPI,** *et al.*                                          **DEFENDANTS**

**<u>FINAL JUDGMENT</u>**

In accordance with the requirement for a separate document by Federal Rules of Civil

Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order

entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendants are DISMISSED with

prejudice.

SO ORDERED, this the 30th day of January, 2009.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE